Donald S. Edgar (SBN 139324)
Jeremy R. Fietz (SBN 200396)
Rex Grady (SBN 232236)
EDGAR LAW FIRM
408 College Avenue
Santa Rosa, CA 95401
707-545-3200 Telephone
707-578-3040 Facsimile

JOHN J. POWERS (SBN 145623)
john.powers@dbr.com
BETH O. ARNESE (SBN 241186)
beth.arnese@dbr.com
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone:  (415) 591-7500
Facsimile:   (415) 591-7510

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM F. SLATTERY,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON; ORTHO-MCNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC,<br><br>Defendants | Case No.: 10-cv-0044<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; and ORDER** |

COMES NOW Plaintiff WILLIAM F. SLATTERY ("Plaintiff") and Defendants JOHNSON & JOHNSON; ORTHO-MCNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC, and file this STIPULATION

STIPULATION AND ORDER - 1

SF01/ 679666.1

TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES.

The Parties would respectfully show the Court the following:

1. This case is a product liability involving Levaquin®. Plaintiff has sued JOHNSON & JOHNSON; ORTHO-MCNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC.

2. This Court has previously entered an Order for Parties to attend a Scheduling Conference on April 21, 2010. Defendants have been recently served and have answered.

3. The United States Judicial Panel on Multidistrict Litigation ordered the transfer of federal actions that concern Levaquin® to the United States District Court for the District of Minnesota before the Honorable John Tunheim, as Multidistrict Litigation No. 08-MD-1943. The Levaquin MDL is active and now includes more than 300 cases and growing.

4. The Parties anticipate that this action will likewise be transferred to the MDL as a "Tag Along Action" pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. A Notice of Potential Tag-Along was received by the JPML on March 22, 2010 (see attached). As such, the Parties request that that the Court continue the Initial Case Management (and corresponding deadlines) to a date that is approximately 90 days hence. This should allow for conclusion of the transfer of this case to the United States District Court for the District of Minnesota, and avoid wasted party and judicial resources.

/s/ John J. Powers
JOHN J. POWERS
Drinker Biddle & Reath LLP

STIPULATION AND ORDER - 2

SF01/ 679666.1

50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone:  (415) 591-7500
Facsimile:   (415) 591-7510


\_\_\_\_/s/_____
Jeremy R. Fietz
EDGAR LAW FIRM
408 College Avenue
Santa Rosa, CA 95401
Telephone 707-545-3200
Facsimile 707-578-3040


### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Initial case management conference is hereby continued to: 7/21/10 at 1:30 p.m.

Dated: 4/2/10



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND ORDER - 3
SF01/ 679666.1

## DrinkerBiddle&Reath LLP

William V. Essig
312-569-1497 Direct
312-569-3497 Fax
william.essig@dbr.com

Law Offices
191 North Wacker Drive
Suite 3700
Chicago, IL
60606-1698

312-569-1000 phone
312-569-3000 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

Established 1849

March 19, 2010

**RECEIVED**
MAR 2 2 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
MAR 2 2 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

***Via Overnight Delivery***

Jeffery N. Luthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C. 20002

Re:   In re Levaquin Products Liability Litigation, MDL 1943
Joy Allen v. Johnson & Johnson, et al., USDC, Northern District of California, No. 10 cv 0043; – EDL
Christine Ellen Bell v. Johnson & Johnson, et al., USDC, Northern District of California, No. 10 cv 0042; – EDL
Iris Berman v. Johnson & Johnson, et al., USDC, Northern District of California, No. 10 cv 0046; – EDL
Tammy L. Hoffmann v. Johnson & Johnson, et al., USDC, Northern District of California, No. 10 cv 0045; – JCS
Charles R. Hoover v. Johnson & Johnson, et al., USDC, Northern District of California, No. 10 cv 0047; – EMC
William F. Slattery v. Johnson & Johnson, et al., USDC, Northern District of California, No. 10 cv 0044; – EMC
James Willis v. Johnson & Johnson, et al., USDC, Northern District of California, No. 10 cv 0041; and BZ
Marvina Hoots v. Johnson & Johnson, et al., USDC, Northern District of California, No. 10 cv 0119 – PJH

Dear Mr. Lüthi:

Enclosed please find an original and one copy of the following on behalf of Defendants Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research & Development, LLC in the above-mentioned matter:

1. Notice of Potential Tag-Along Action with a copy of the Complaint; and

2. Certification of Service.

Please file the originals and return a filed-stamped copy to me in the enclosed self-addressed, stamped envelope.

CH01/25471394.1

# DrinkerBiddle&Reath

Jeffery N. Luthi
March 19, 2010
Page 2

      Thank you for your time and attention in this matter. Please do not hesitate to call me at (312) 569-1497 if there are any problems or concerns.

                        Very truly yours,

                        William V. Essig

WVE/bjt
Enclosures
cc: All Counsel of Record (w/enclosures)

CH01/ 25471394.1

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: LEVAQUIN PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1943 |

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

Defendants Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research & Development, LLC, hereby give notice of the following related and potential tag-along actions that Defendants have become aware of and request be included in MDL 1943.

| CAPTION and CIVIL ACTION NO. | DISTRICT COURT and DIVISION | DATE OF COMPLAINT | JUDGE |
|---|---|---|---|
| Joy Allen v. Johnson & Johnson; Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson Pharmaceutical Research & Development, LLC<br><br>Civil Action No. 10 cv 00043 | USDC, Northern District of California, San Francisco Division | 01/06/10 | Magistrate Judge Elizabeth D. Laporte |
| Christine Ellen Bell v. Johnson & Johnson; Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson Pharmaceutical Research & Development, LLC<br><br>Civil Action No. 10 cv 00042 | USDC, Northern District of California, San Francisco Division | 01/06/10 | Magistrate Judge Elizabeth D. Laporte |

| CAPTION and CIVIL ACTION NO. | DISTRICT COURT and DIVISION | DATE OF COMPLAINT | JUDGE |
|---|---|---|---|
| Iris Berman v. Johnson & Johnson; Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson Pharmaceutical Research & Development, LLC<br><br>Civil Action No. 10 cv 00046 | USDC, Northern District of California, San Francisco Division | 01/06/10 | Magistrate Judge Elizabeth D. Laporte |
| Tammy L. Hoffmann v. Johnson & Johnson; Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson Pharmaceutical Research & Development, LLC<br><br>Civil Action No. 10 cv 00045 | USDC, Northern District of California, San Francisco Division | 01/06/10 | Magistrate Judge Joseph C. Spero |
| Charles R. Hoover v. Johnson & Johnson; Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson Pharmaceutical Research & Development, LLC<br><br>Civil Action No. 10 cv 00047 | USDC, Northern District of California, San Francisco Division | 01/06/10 | Magistrate Judge Edward M. Chen |
| William F. Slattery v. Johnson & Johnson; Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson Pharmaceutical Research & Development, LLC<br><br>Civil Action No. 10 cv 00044 | USDC, Northern District of California, San Francisco Division | 01/06/10 | Magistrate Judge Edward M. Chen |
| James Willis v. Johnson & Johnson; Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson Pharmaceutical Research & Development, LLC<br><br>Civil Action No. 10 cv 00041 | USDC, Northern District of California, San Francisco Division | 01/06/10 | Magistrate Judge Bernard Zimmerman |
| Marvina Hoots v. Johnson & Johnson; Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson Pharmaceutical Research & Development, LLC<br><br>Civil Action No. 10 cv 00119 | USDC, Northern District of California, Oakland Division | 01/11/10 | Judge Phyllis J. Hamilton |

Dated: March 19, 2010                Respectfully submitted,

By: _____
One of the Attorneys for Defendants
JOHNSON & JOHNSON, ORTHO-MCNEIL-
JANSSEN PHARMACEUTICALS, INC., and
JOHNSON & JOHNSON PHARMACEUTICAL
RESEARCH & DEVELOPMENT, LLC

John Dames
William V. Essig
Drinker Biddle & Reath LLP
191 N. Wacker Drive
Suite 3700
Chicago, Illinois 60606-1698
Telephone: (312) 569-1000
Facsimile: (312) 569-3000

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: LEVAQUIN PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1943 |

### CERTIFICATION OF SERVICE

I, William V. Essig, hereby certify that on March 19, 2010, I caused to be served a true and correct copy of Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Johnson & Johnson Pharmaceutical Research & Development, LLC's Notice of Potential Tag-Along Actions upon all counsel identified on the attached Panel Attorney Service List and Supplemental Service List by regular mail.

Dated: March 19, 2010

Respectfully submitted,

John Dames
William V. Essig
DRINKER BIDDLE & REATH LLP
191 N. Wacker Drive - Suite 3700
Chicago, IL 60606-1698
Telephone: (312) 569-1000
Facsimile: (312) 569-3000

Attorneys for Defendants
JOHNSON & JOHNSON, ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC., and JOHNSON &
JOHNSON PHARMACEUTICAL RESEARCH &
DEVELOPMENT, LLC

Case 3:10-cv-00044-EMC Document 10 Filed 04/02/10 Page 10 of 11
Case4:10-cv-00119-PJH Document6 Filed03/22/10 Page7 of 8
08/01/2008 12:52 FAX 202 502 2888 JPML ☒002/002

## Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Page 1

Docket: 1943 - IN RE: Levaquin Products Liability Litigation
Status: Transferred on 06/13/2008
Transferee District: MN   Judge: Tunheim, John R.

Printed on 08/01/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Dames, John<br>DRINKER BIDDLE & REATH LLP<br>191 North Wacker Drive<br>Suite 3700<br>Chicago, IL 60606 | ⇒ Phone: (312) 569-1499  Fax: (312) 569-3499  Email: john.dames@dbr.com<br>Johnson & Johnson*; Johnson & Johnson Pharmaceutical Research & Development, LLC*; Ortho-McNeil Pharmaceutical, Inc.*; Ortho-McNeil, Inc.* |
| Dugan, II, James R.<br>MURRAY LAW FIRM<br>Poydras Center<br>650 Poydras Street<br>Suite 2150<br>New Orleans, LA 70130 | ⇒ Phone: (504) 648-0180  Fax: (504) 584-5249  Email: jdugan@dugan-lawfirm.com<br>Brumfield, Carolyn A. |
| Saul, Lewis J.<br>LEWIS SAUL & ASSOCIATES<br>183 Middle Street<br>Suite 200<br>Portland, ME 04104 | ⇒ Phone: (202) 364-9700  Fax: (207) 874-4930  Email: lsaul@lewissaul.com<br>Almeida, Ida*; Beardsley, Anne*; Christensen, Calvin*; Cottle, William*; Cullins, Jerry*; Delude, Wilfred*; Epperson, Charles*; Fisher, Francis*; Fisher, Jillian*; Griner, Burton*; Johnson, Billie*; Johnson, Sharon*; Karkoska, Edward*; Kirkes, Richard*; Laufenberg, William*; Parr, Victoria*; Poirier, Lorraine*; Roxenberg, Donald*; Shaffer, Aline*; Voss, William*; Wampler, Harold*; Zeiler, Carlton J.* |

<u>Joy Allen v. Johnson & Johnson, et al.</u>, USDC, Northern District of California, No. 10 cv 0043;
<u>Christine Ellen Bell v. Johnson & Johnson, et al.</u>, USDC, Northern District of California, No. 10 cv 0042;
<u>Iris Berman v. Johnson & Johnson, et al.</u>, USDC, Northern District of California, No. 10 cv 0046;
<u>Tammy L. Hoffmann v. Johnson & Johnson, et al.</u>, USDC, Northern District of California, No. 10 cv 0045;
<u>Charles R. Hoover v. Johnson & Johnson, et al.</u>, USDC, Northern District of California, No. 10 cv 0047;
<u>William F. Slattery v. Johnson & Johnson, et al.</u>, USDC, Northern District of California, No. 10 cv 0044;
<u>James Willis v. Johnson & Johnson, et al.</u>, USDC, Northern District of California, No. 10 cv 0041; and
<u>Marvina Hoots v. Johnson & Johnson, et al.</u>, USDC, Northern District of California, No. 10 cv 0119

## SUPPLEMENTAL SERVICE LIST

Clerk of the Court
USDC, Northern District of California
450 Golden Gate Ave.
16th Floor
San Francisco, CA 94102

Clerk of the Court
USDC, Northern District of California
1301 Clay Street,
Suite 400 S
Oakland, CA 94612-5212

Donald S. Edgar, Esquire
Jeremy R. Fietz, Esquire
Rex Grady, Esquire
Edgar Law Firm
408 College Avenue
Santa Rosa, California 95401
Phone: (707) 545-3200
Fax: (707) 578-3040
***Counsel for Plaintiffs***

John J. Powers, Esquire
Amy P. Frenzen, Esquire
Drinker Biddle & Reath LLP
50 Fremont Street
20th Floor
San Francisco, CA 94105-2235
***Local Counsel for Johnson & Johnson,
Ortho-McNeil-Janssen Pharmaceuticals, Inc., and
Johnson & Johnson Pharmaceutical Research & Development, LLC***

CH01/ 25471396.1